**DISMISS and Opinion Filed August 1, 2024**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-24-00336-CV**

**MMVG PROPERTIES, L.P., Appellant**

**V.**

**CITY OF MCKINNEY, TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-01556-2020**

# MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Carlyle

Appellant's brief in this case is overdue. By postcard dated June 24, 2024, we informed appellant its brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).



/Cory L. Carlyle/
CORY L. CARLYLE
240336F.P05                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MMVG PROPERTIES, L.P.,
Appellant

No. 05-24-00336-CV     V.

CITY OF MCKINNEY, TEXAS,
Appellee

On Appeal from the County Court at
Law No. 2, Collin County, Texas
Trial Court Cause No. 002-01556-
2020.
Opinion delivered by Justice Carlyle.
Justices Partida-Kipness and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered August 1, 2024